AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Scot B. Letourneau | ) | Case No. |
| | ) | 15-mj-1051-DLC |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 21, 2015   in the county of   Norfolk   in the
_____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See affidavit of Special Agent Seth Plumb, attached hereto.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Seth Plumb
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/21/2015

*Judge's signature*

City and state:   Boston, MA   United States Magistrate Judge Donald L. Cabell
*Printed name and title*